# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GURLAL SINGH,

        Petitioner,

   v.

ORESTES CRUZ,

        Respondent.

Case No. 1:26-cv-00070-KES-SAB-HC

ORDER DIRECTING PARTIES TO SUBMIT JOINT STATEMENT

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court granted Petitioner's motion for a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 10.)

The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, the parties SHALL meet and confer and submit a joint statement regarding mootness issues, case management, and any proposed briefing schedule.

IT IS SO ORDERED.

Dated: __ **January 12, 2026** __      _____

                        STANLEY A. BOONE
                        United States Magistrate Judge