# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURLAL SINGH,<br><br>             Petitioner,<br><br>     v.<br><br>ORESTES CRUZ,<br><br>             Respondent. | Case No. 1:26-cv-00070-KES-SAB-HC<br><br>ORDER DENYING RESPONDENT'S REQUEST FOR 180-DAY EXTENSION OF TIME<br><br>(ECF No. 12) |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court granted Petitioner's motion for a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 10.) On January 12, 2026, the Court ordered the parties to meet and confer and submit a joint statement regarding case management and any proposed briefing schedule within seven days. (ECF No. 11.)

On January 13, 2026, Respondents filed the instant request for a 180-day extension of time to comply with the Court's January 12, 2026 order. (ECF No. 12.) Respondents state that the "purpose of this lengthy delay is to allow Respondents time to present informed briefing in a rapidly-evolving area of the law, where appeals are currently pending in the Ninth Circuit that

1

are likely to have precedential effect on current immigration habeas litigation, including this case." (ECF No. 12 at 1.)

The Court finds that such a lengthy extension of time is not necessary for the parties to meet and confer and submit a joint statement regarding case management and any proposed briefing schedule. The parties are free to stipulate to a briefing schedule that takes into consideration the fact that there are pending Ninth Circuit appeals that may have precedential effect on this matter.[1]

Accordingly, Respondents' request for 180-day extension of time (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated:   **January 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] If the parties cannot agree to a briefing schedule, they shall detail their respective positions in the joint statement.

2