# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURLAL SINGH,<br><br>        Petitioner,<br><br>     v.<br><br>ORESTES CRUZ, et al.,<br><br>        Respondents. | No. 1:26-cv-00070 KES SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 19 |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026,[1] the assigned magistrate judge issued findings and recommendations that recommended granting the petition for writ of habeas corpus for the reasons stated in the order granting preliminary injunction. Doc. 19; *see also* Doc. 10. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days after service. The parties were advised that failure to file objections within the specified time may result in the waiver of rights. Doc. 19 at 3. To date, no objections have been filed, and the time for doing so has passed.

---

[1] The findings and recommendations were signed on March 6, 2026, but not docketed until March 9, 2026.

1

In accordance with 28 U.S.C. § 636(b)(1), the court performed a de novo review of the case.  Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

    1.    The findings and recommendations issued on March 9, 2026 (Doc. 19) are **ADOPTED** in full.

    2.    The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

    3.    The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    April 2, 2026

                                    UNITED STATES DISTRICT JUDGE